**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-2272

JOHN FURGESS, JR.,

Plaintiff - Appellant,

versus

UNITED PARCEL SERVICE, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Cameron McGowan Currie, District
Judge.  (3:05-cv-01206-CMC)

Submitted: February 22, 2007       Decided:  February 28, 2007

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Furgess, Jr., Appellant Pro Se.  Susan Pedrick McWilliams,
James Chris Leventis, Jr., NEXSEN PRUET, Columbia, South Carolina;
Glen G. Patton, ALSTON & BIRD, Atlanta, Georgia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Furgess, Jr. appeals the district court's order adopting the report and recommendation of the magistrate judge and granting summary judgment in favor of United Parcel Service, Inc. on Furgess's claim of race discrimination under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Furgess v. United Parcel Service, Inc., No. 3:05-cv-01206-CMC (D.S.C. Nov. 1, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED